| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA 30308 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | ELC Emory Long Term Acute<br>01/23/2022<br>02/05/2022 | Business Unit:<br>Advice #:<br>Advice Date: | HCLTC<br>000000013037108<br>02/11/2022 | |
|---|---|---|---|---|---|
| Bernadine Baron<br>4248 Abingdon Drive<br>Stone Mountain, GA  30083 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0426860<br>326272-LTC-4th Floor Nursing<br>Emory Long Term Acute Care<br>Patient Care Assistant<br>$18.590000 Hourly | **TAX DATA:**<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount:<br>Addl Allowance: | **Federal**<br>Exempt<br>N/A<br>N/A | **GA State**<br>H-of-H<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay | 18.590000 | 48.50 | 901.62 | 153.25 | 2,792.36 | Fed Withholdng | 0.00 | 112.80 |
| Evening Shift Differential | 1.250000 | 18.00 | 22.51 | 57.25 | 71.59 | Fed MED/EE | 13.08 | 46.94 |
| Critical Staffing Premium | | | 0.00 | 11.00 | 110.00 | Fed OASDI/EE | 55.92 | 200.70 |
| Holiday Differential | | | 0.00 | 11.00 | 99.28 | GA Withholdng | 28.23 | 114.01 |
| Comprehensive/ Annual Leave | | | 0.00 | 12.00 | 216.60 | | | |
| Weekend Shift Differential | | | 0.00 | 11.00 | 13.75 | | | |
| TOTAL: | | 66.50 | 924.13 | 255.50 | 3,303.58 | TOTAL: | 97.23 | 474.45 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Traditional Dental | 16.00 | 48.00 | DMC Cafeteria Deduction | 53.55 | 137.44 | Life Insurance | 0.11 | 0.33 |
| EyeMed Vision Care | 6.14 | 18.42 | Emory Gift Support | 9.62 | 28.86 | Long Term Disability | 5.92 | 17.76 |
| 403B Matched FID | 46.21 | 159.68 | Legal W/H-Writ | 206.72 | 206.72 | 2% Fidelity | 18.48 | 63.87 |
| | | | Pet Insurance | 66.09 | 198.27 | Fidelity Match | 46.21 | 159.68 |
| TOTAL: | 68.35 | 226.10 | TOTAL: | 335.98 | 571.29 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 924.13 | 855.78 | 97.23 | 404.33 | 422.57 |
| YTD | 3,303.58 | 3,077.48 | 474.45 | 797.39 | 2,031.74 |

| YEAR-TO-DATE | PTO Leave | Extended Illness | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 175.3 | 712.8 | | Account Type | Account Number | Deposit Amount |
| + Earned | 21.6 | 5.7 | Advice #000000013037108 | Checking | XXXXXXX48 | 422.57 |
| - Taken | 12.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | 184.9 | 718.5 | TOTAL: | | | 422.57 |

**MESSAGE:**

| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA  30308 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | HCLTC Emory Long Term Acute<br>01/09/2022<br>01/22/2022 | Business Unit:<br>Advice #:<br>Advice Date: | HCLTC<br>000000012985941<br>01/28/2022 |
|---|---|---|---|---|

| Bernadine Baron<br>4248 Abingdon Drive<br>Stone Mountain, GA  30083 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0426860<br>326272-LTC-4th Floor Nursing<br>Emory Long Term Acute Care<br>Patient Care Assistant<br>$18.050000 Hourly |
|---|---|---|

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Single | H-of-H |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |
| Addl Allowance: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Comprehensive/ Annual Leave | 18.050000 | 12.00 | 216.60 | 12.00 | 216.60 | Fed Withholdng | 31.43 | 112.80 |
| Regular Pay | 18.050000 | 35.75 | 645.29 | 104.75 | 1,890.74 | Fed MED/EE | 12.42 | 33.86 |
| Evening Shift Differential | 1.250000 | 13.25 | 16.57 | 39.25 | 49.08 | Fed OASDI/EE | 53.09 | 144.78 |
| Critical Staffing Premium | | | 0.00 | 11.00 | 110.00 | GA Withholdng | 25.73 | 85.78 |
| Holiday Differential | | | 0.00 | 11.00 | 99.28 | | | |
| Weekend Shift Differential | | | 0.00 | 11.00 | 13.75 | | | |
| TOTAL: | | 61.00 | 878.46 | 189.00 | 2,379.45 | TOTAL: | 122.67 | 377.22 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Traditional Dental | 16.00 | 32.00 | DMC Cafeteria Deduction | 46.39 | 83.89 | Life Insurance | 0.11 | 0.22 |
| EyeMed Vision Care | 6.14 | 12.28 | Emory Gift Support | 9.62 | 19.24 | Long Term Disability | 5.92 | 11.84 |
| 403B Matched FID | 43.92 | 113.47 | Pet Insurance | 66.09 | 132.18 | 2% Fidelity | 17.57 | 45.39 |
| | | | | | | Fidelity Match | 43.92 | 113.47 |
| TOTAL: | 66.06 | 157.75 | TOTAL: | 122.10 | 235.31 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 878.46 | 812.40 | 122.67 | 188.16 | 567.63 |
| YTD | 2,379.45 | 2,221.70 | 377.22 | 393.06 | 1,609.17 |

| YEAR-TO-DATE | PTO Leave | Extended Illness |
|---|---|---|
| Start Balance | 175.3 | 712.8 |
| + Earned | 15.3 | 4.0 |
| - Taken | 12.0 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| End Balance | 178.6 | 716.8 |

| NET PAY DISTRIBUTION | | |
|---|---|---|
| | Account Type | Account Number | Deposit Amount |
| Advice #000000012985941 | Checking | XXXXXXX48 | 567.63 |
| TOTAL: | | | 567.63 |

MESSAGE:

richard.mccarthy@kingking&llc.com
a
9 Dowtown

| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA 30308 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | Emory Long Term Acute<br>12/26/2021<br>01/08/2022 | Business Unit:<br>Advice #:<br>Advice Date: | HCLTC<br>000000012958866<br>01/14/2022 |
|---|---|---|---|---|

| | | | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|---|---|
| Bernadine Baron<br>4248 Abingdon Drive<br>Stone Mountain, GA 30083 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0426860<br>326272-LTC-4th Floor Nursing<br>Emory Long Term Acute Care<br>Patient Care Assistant<br>$18.050000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount:<br>Addl Allowance: | Single<br>N/A<br>N/A | H-of-H<br>0 |

### HOURS AND EARNINGS

| | | Current | | YTD | | | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Critical Staffing Premium | 10.000000 | 11.00 | 110.00 | 11.00 | 110.00 | Fed Withholdng | 81.37 | 81.37 |
| Holiday Differential | 9.025000 | 11.00 | 99.28 | 11.00 | 99.28 | Fed MED/EE | 21.44 | 21.44 |
| Regular Pay | 18.050000 | 69.00 | 1,245.45 | 69.00 | 1,245.45 | Fed OASDI/EE | 91.69 | 91.69 |
| Evening Shift Differential | 1.250000 | 26.00 | 32.51 | 26.00 | 32.51 | GA Withholdng | 60.05 | 60.05 |
| Weekend Shift Differential | 1.250000 | 11.00 | 13.75 | 11.00 | 13.75 | | | |
| TOTAL: | | 128.00 | 1,500.99 | 128.00 | 1,500.99 | TOTAL: | 254.55 | 254.55 |

### BEFORE-TAX DEDUCTIONS | AFTER-TAX DEDUCTIONS | EMPLOYER PAID BENEFITS

| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Traditional Dental | 16.00 | 16.00 | DMC Cafeteria Deduction | 37.50 | 37.50 | Life Insurance | 0.11 | 0.11 |
| EyeMed Vision Care | 6.14 | 6.14 | Emory Gift Support | 9.62 | 9.62 | Long Term Disability | 5.92 | 5.92 |
| 403B Matched FID | 69.55 | 69.55 | Pet Insurance | 66.09 | 66.09 | 2% Fidelity | 27.82 | 27.82 |
| | | | | | | Fidelity Match | 69.55 | 69.55 |
| TOTAL: | 91.69 | 91.69 | TOTAL: | 113.21 | 113.21 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,500.99 | 1,409.30 | 254.55 | 204.90 | 1,041.54 |
| YTD | 1,500.99 | 1,409.30 | 254.55 | 204.90 | 1,041.54 |

| YEAR-TO-DATE | PTO Leave | Extended Illness | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 175.3 | 712.8 | | Account Type | Account Number | Deposit Amount |
| + Earned | 9.0 | 2.4 | Advice #000000012958866 | Checking | XXXXXXX48 | 1,041.54 |
| - Taken | 0.0 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | 184.3 | 715.2 | TOTAL: | | | 1,041.54 |

MESSAGE:

| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA 30308 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | HCLTC-Long Term Acute<br>12/12/2021<br>12/25/2021 | Business Unit:<br>Advice #:<br>Advice Date: | HCLTC<br>000000012935760<br>12/31/2021 |
|---|---|---|---|---|

| | | | | | TAX DATA: | Federal | GA State |
|---|---|---|---|---|---|---|---|
| Bernadine Baron<br>4248 Abingdon Drive<br>Stone Mountain, GA 30083 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0426860<br>326272-LTC-4th Floor Nursing<br>Emory Long Term Acute Care<br>Patient Care Assistant<br>$18.050000 Hourly | | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount:<br>Addl Allowance: | Exempt<br>N/A<br>N/A | H-of-H<br>0 |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Comprehensive/ Annual Leave | 18.050000 | 24.00 | 433.20 | 207.25 | 3,621.34 | Fed Withholdng | 0.00 | 151.76 |
| Regular Pay | 18.050000 | 60.25 | 1,087.51 | 1,315.50 | 23,105.36 | Fed MED/EE | 22.46 | 400.60 |
| Evening Shift Differential | 1.250000 | 22.50 | 28.13 | 481.50 | 602.00 | Fed OASDI/EE | 96.03 | 1,712.89 |
| Critical Staffing Premium | | | 0.00 | 24.00 | 240.00 | GA Withholdng | 65.39 | 1,009.62 |
| Holiday Gift Card | | | 0.00 | | 30.00 | | | |
| Holiday Differential | | | 0.00 | 16.00 | 136.52 | | | |
| Overtime | | | 0.00 | 2.00 | 52.15 | | | |
| Professional Time | | | 0.00 | 3.00 | 54.15 | | | |
| Non Cash Awards | | | 0.00 | | -28.91 | | | |
| Recognition Program Taxable | | | 0.00 | | 0.00 | | | |
| Support Staff Premium | | | 0.00 | 36.00 | 180.00 | | | |
| Weekend Shift Differential | | | 0.00 | 72.00 | 90.00 | | | |
| TOTAL: | | 106.75 | 1,548.84 | 2,157.25 | 28,081.52 | TOTAL: | 183.88 | 3,274.87 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 403B Matched FID | 77.44 | 1,380.48 | DMC Cafeteria Deduction | 41.43 | 958.24 | 2% Fidelity | 30.98 | 552.21 |
| Traditional Dental | 0.00 | 308.00 | Emory Gift Support | 9.62 | 250.12 | Fidelity Match | 77.44 | 1,137.84 |
| EyeMed Vision Care | 0.00 | 147.36 | Pet Insurance | 0.00 | 1,426.94 | Life Insurance | 0.00 | 41.06 |
| | | | | | | Long Term Disability | 0.00 | 217.92 |
| | | | | | | Traditional Dental | 0.00 | 76.00 |
| TOTAL: | 77.44 | 1,835.84 | TOTAL: | 51.05 | 2,635.30 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,548.84 | 1,471.40 | 183.88 | 128.49 | 1,236.47 |
| YTD | 28,081.52 | 26,246.77 | 3,274.87 | 4,471.14 | 20,335.51 |

| YEAR-TO-DATE | PTO Leave | Extended Illness | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Start Balance | 183.3 | 660.1 | | Account Type | Account Number | Deposit Amount |
| + Earned | 199.2 | 52.7 | Advice #000000012935760 | Checking | XXXXXXX48 | 1,236.47 |
| - Taken | 207.3 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | 175.3 | 712.8 | TOTAL: | | | 1,236.47 |

**MESSAGE:**

| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA 30308 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | Emory Long Term Acute<br>11/28/2021<br>12/11/2021 | Business Unit:<br>Advice #:<br>Advice Date: | HCLTC<br>000000012894032<br>12/17/2021 |
|---|---|---|---|---|

| Bernadine Baron<br>4248 Abingdon Drive<br>Stone Mountain, GA 30083 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0426860<br>326272-LTC-4th Floor Nursing<br>Emory Long Term Acute Care<br>Patient Care Assistant<br>$18.050000 Hourly | | |
|---|---|---|---|---|
| | | | **TAX DATA:** | **Federal** | **GA State** |
| | | | Marital Status: | Exempt | H-of-H |
| | | | Allowances: | N/A | 0 |
| | | | Addl. Percent: | N/A | |
| | | | Addl. Amount: | | |
| | | | Addl Allowance: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay | 18.050000 | 45.50 | 821.28 | 1,255.25 | 22,017.85 | Fed Withholdng | 0.00 | 151.76 |
| Evening Shift Differential | 1.250000 | 13.00 | 16.26 | 459.00 | 573.87 | Fed MED/EE | 18.54 | 378.14 |
| Comprehensive/ Annual Leave | 18.050000 | 24.00 | 433.20 | 183.25 | 3,188.14 | Fed OASDI/EE | 79.27 | 1,616.86 |
| Holiday Gift Card | | | 30.00 | | 30.00 | GA Withholdng | 48.93 | 944.23 |
| Critical Staffing Premium | | | 0.00 | 24.00 | 240.00 | | | |
| Holiday Differential | | | 0.00 | 16.00 | 136.52 | | | |
| Overtime | | | 0.00 | 2.00 | 52.15 | | | |
| Professional Time | | | 0.00 | 3.00 | 54.15 | | | |
| Non Cash Awards | | | 0.00 | | -28.91 | | | |
| Recognition Program Taxable | | | 0.00 | | 0.00 | | | |
| Support Staff Premium | | | 0.00 | 36.00 | 180.00 | | | |
| Weekend Shift Differential | | | 0.00 | 72.00 | 90.00 | | | |
| TOTAL: | | 82.50 | 1,270.74 | 2,050.50 | 26,532.68 | TOTAL: | 146.74 | 3,090.99 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Traditional Dental | 16.00 | 308.00 | DMC Cafeteria Deduction | 46.71 | 916.81 | Life Insurance | 1.27 | 41.06 |
| EyeMed Vision Care | 6.14 | 147.36 | Emory Gift Support | 9.62 | 240.50 | Long Term Disability | 6.67 | 217.92 |
| 403B Matched FID | 63.54 | 1,303.04 | Pet Insurance | 66.09 | 1,426.94 | 2% Fidelity | 25.41 | 521.23 |
| | | | | | | Fidelity Match | 63.54 | 1,060.40 |
| | | | | | | Traditional Dental | 0.00 | 76.00 |
| TOTAL: | 85.68 | 1,758.40 | TOTAL: | 122.42 | 2,584.25 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,270.74 | 1,215.06 | 146.74 | 208.10 | 915.90 |
| YTD | 26,532.68 | 24,775.37 | 3,090.99 | 4,342.65 | 19,099.04 |

| YEAR-TO-DATE | PTO Leave | Extended Illness | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 183.3 | 660.1 | | Account Type | Account Number | Deposit Amount |
| + Earned | 188.8 | 50.0 | Advice #000000012894032 | Checking | XXXXXXX48 | 915.90 |
| - Taken | 183.3 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | 188.8 | 710.0 | TOTAL: | | | 915.90 |

**MESSAGE:**

| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA 30308 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | SLT-Emory Long Term Acute<br>11/14/2021<br>11/27/2021 | Business Unit:<br>Advice #:<br>Advice Date: | HCLTC<br>000000012863942<br>12/03/2021 |
|---|---|---|---|---|

| Bernadine Baron<br>4248 Abingdon Drive<br>Stone Mountain, GA 30083 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 0426860<br>326272-LTC-4th Floor Nursing<br>Emory Long Term Acute Care<br>Patient Care Assistant<br>$18.050000 Hourly |
|---|---|---|

| TAX DATA: | Federal | GA State |
|---|---|---|
| Marital Status: | Exempt | H-of-H |
| Allowances: | N/A | 0 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |
| Addl Allowance: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Pay | 18.050000 | 71.50 | 1,290.58 | 1,209.75 | 21,196.57 | Fed Withholdng | 0.00 | 151.76 |
| Evening Shift Differential | 1.250000 | 26.00 | 32.51 | 446.00 | 557.61 | Fed MED/EE | 19.08 | 359.60 |
| Weekend Shift Differential | 1.250000 | 12.00 | 15.00 | 72.00 | 90.00 | Fed OASDI/EE | 81.59 | 1,537.59 |
| Critical Staffing Premium | | | 0.00 | 24.00 | 240.00 | GA Withholdng | 52.61 | 895.30 |
| Holiday Differential | | | 0.00 | 16.00 | 136.52 | | | |
| Comprehensive/ Annual Leave | | | 0.00 | 159.25 | 2,754.94 | | | |
| Overtime | | | 0.00 | 2.00 | 52.15 | | | |
| Professional Time | | | 0.00 | 3.00 | 54.15 | | | |
| Non Cash Awards | | | 0.00 | | -28.91 | | | |
| Recognition Program Taxable | | | 0.00 | | 0.00 | | | |
| Support Staff Premium | | | 0.00 | 36.00 | 180.00 | | | |
| TOTAL: | | 109.50 | 1,338.09 | 1,968.00 | 25,261.94 | TOTAL: | 153.28 | 2,944.25 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Traditional Dental | 16.00 | 292.00 | DMC Cafeteria Deduction | 60.34 | 870.10 | Life Insurance | 1.27 | 39.79 |
| EyeMed Vision Care | 6.14 | 141.22 | Emory Gift Support | 9.62 | 230.88 | Long Term Disability | 6.67 | 211.25 |
| 403B Matched FID | 66.90 | 1,239.50 | Pet Insurance | 66.09 | 1,360.85 | 2% Fidelity | 26.76 | 495.82 |
| | | | | | | Fidelity Match | 66.90 | 996.86 |
| | | | | | | Traditional Dental | 0.00 | 76.00 |
| TOTAL: | 89.04 | 1,672.72 | TOTAL: | 136.05 | 2,461.83 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,338.09 | 1,249.05 | 153.28 | 225.09 | 959.72 |
| YTD | 25,261.94 | 23,560.31 | 2,944.25 | 4,134.55 | 18,183.14 |

| YEAR-TO-DATE | PTO Leave | Extended Illness | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Start Balance | 183.3 | 660.1 | | Account Type | Account Number | Deposit Amount |
| + Earned | 179.7 | 47.6 | Advice #000000012863942 | Checking | XXXXXXX48 | 959.72 |
| - Taken | 159.3 | 0.0 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | 203.7 | 707.6 | TOTAL: | | | 959.72 |

**MESSAGE:**

| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA 30308 | Pay Group:<br>Pay Begin Date: 10/31/2021<br>Pay End Date: 11/13/2021 | | Business Unit: HCLTC<br>Advice #: 000000012814637<br>Advice Date: 11/19/2021 | |
|---|---|---|---|---|
| Bernadine Baron<br>4248 Abingdon Drive<br>Stone Mountain, GA 30083 | Employee ID: 0426860<br>Department: 326273-LTC-5th Floor Nursing<br>Location: Emory Long Term Acute Care<br>Job Title: Patient Care Assistant<br>Pay Rate: $18.050000 Hourly | | **TAX DATA:** Federal | GA State |
| | | | Marital Status: Exempt | H-of-H |
| | | | Allowances: N/A | 0 |
| | | | Addl. Percent: N/A | |
| | | | Addl. Amount: | |
| | | | Addl Allowance: | |

### HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Non Cash Awards | | | -28.91 | | -28.91 | |
| Recognition Program Taxable | | | -58.17 | | 0.00 | |
| Regular Pay | 18.050000 | 59.75 | 1,078.49 | 1,138.25 | 19,905.99 | |
| Evening Shift Differential | 1.250000 | 22.00 | 27.52 | 420.00 | 525.10 | |
| Critical Staffing Premium | | | 0.00 | 24.00 | 240.00 | |
| Holiday Differential | | | 0.00 | 16.00 | 136.52 | |
| Comprehensive/ Annual Leave | | | 0.00 | 159.25 | 2,754.94 | |
| Overtime | | | 0.00 | 2.00 | 52.15 | |
| Professional Time | | | 0.00 | 3.00 | 54.15 | |
| Support Staff Premium | | | 0.00 | 36.00 | 180.00 | |
| Weekend Shift Differential | | | 0.00 | 60.00 | 75.00 | |
| **TOTAL:** | | **81.75** | **1,106.01** | **1,858.50** | **23,923.85** | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 151.76 |
| Fed MED/EE | 14.46 | 340.52 |
| Fed OASDI/EE | 61.80 | 1,456.00 |
| GA Withholdng | 39.93 | 842.69 |
| **TOTAL:** | **116.19** | **2,790.97** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Traditional Dental | 16.00 | 276.00 |
| EyeMed Vision Care | 6.14 | 135.08 |
| 403B Matched FID | 55.30 | 1,172.60 |
| **TOTAL:** | **77.44** | **1,583.68** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| DMC Cafeteria Deduction | 57.74 | 809.76 |
| Emory Gift Support | 9.62 | 221.26 |
| Pet Insurance | 66.09 | 1,294.76 |
| **TOTAL:** | **133.45** | **2,325.78** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life Insurance | 1.27 | 38.52 |
| Long Term Disability | 6.67 | 204.58 |
| 2% Fidelity | 22.12 | 469.06 |
| Fidelity Match | 55.30 | 929.96 |
| Traditional Dental | 0.00 | 76.00 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,106.01 | 941.49 | 116.19 | 210.89 | 778.93 |
| YTD | 23,923.85 | 22,311.26 | 2,790.97 | 3,909.46 | 17,223.42 |

| YEAR-TO-DATE | PTO Leave | Extended Illness |
|---|---|---|
| Start Balance | 183.3 | 660.1 |
| + Earned | 170.3 | 45.1 |
| - Taken | 159.3 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| End Balance | 194.4 | 705.1 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000012814637 | Checking | XXXXXXX48 | 778.93 |
| **TOTAL:** | | | **778.93** |

**MESSAGE:**

| Emory Healthcare<br>550 Peachtree Street, NE, WW Orr Building<br>Atlanta, GA 30308 | Pay Group:<br>Pay Begin Date: 10/17/2021<br>Pay End Date: 10/30/2021 | HCLTC Long Term Acute Care | Business Unit: HCLTC<br>Advice #: 000000012782374<br>Advice Date: 11/05/2021 |
|---|---|---|---|
| Bernadine Baron<br>4248 Abingdon Drive<br>Stone Mountain, GA 30083 | Employee ID: 0426860<br>Department: 326273-LTC-5th Floor Nursing<br>Location: Emory Long Term Acute Care<br>Job Title: Patient Care Assistant<br>Pay Rate: $18.050000 Hourly | | TAX DATA: Federal GA State<br>Marital Status: Exempt H-of-H<br>Allowances: N/A 0<br>Addl. Percent: N/A<br>Addl. Amount:<br>Addl Allowance: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Pay | 18.050000 | 53.50 | 965.68 | 1,078.50 | 18,827.50 |
| Evening Shift Differential | 1.250000 | 17.00 | 21.26 | 398.00 | 497.58 |
| Critical Staffing Premium | | | 0.00 | 24.00 | 240.00 |
| Holiday Differential | | | 0.00 | 16.00 | 136.52 |
| Comprehensive/ Annual Leave | | | 0.00 | 159.25 | 2,754.94 |
| Overtime | | | 0.00 | 2.00 | 52.15 |
| Professional Time | | | 0.00 | 3.00 | 54.15 |
| Recognition Program Taxable | | | 0.00 | | 58.17 |
| Support Staff Premium | | | 0.00 | 36.00 | 180.00 |
| Weekend Shift Differential | | | 0.00 | 60.00 | 75.00 |
| **TOTAL:** | | **70.50** | **986.94** | **1,776.75** | **22,817.84** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 151.76 |
| Fed MED/EE | 13.99 | 326.06 |
| Fed OASDI/EE | 59.82 | 1,394.20 |
| GA Withholdng | 33.43 | 802.76 |
| **TOTAL:** | **107.24** | **2,674.78** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Traditional Dental | 16.00 | 260.00 |
| EyeMed Vision Care | 6.14 | 128.94 |
| 403B Matched FID | 49.35 | 1,117.30 |
| **TOTAL:** | **71.49** | **1,506.24** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| DMC Cafeteria Deduction | 45.17 | 752.02 |
| Emory Gift Support | 9.62 | 211.64 |
| Pet Insurance | 66.09 | 1,228.67 |
| **TOTAL:** | **120.88** | **2,192.33** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Life Insurance | 1.27 | 37.25 |
| Long Term Disability | 6.67 | 197.91 |
| 2% Fidelity | 19.74 | 446.94 |
| Fidelity Match | 49.35 | 874.66 |
| Traditional Dental | 0.00 | 76.00 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 986.94 | 915.45 | 107.24 | 192.37 | 687.33 |
| YTD | 22,817.84 | 21,369.77 | 2,674.78 | 3,698.57 | 16,444.49 |

| YEAR-TO-DATE | PTO Leave | Extended Illness |
|---|---|---|
| Start Balance | 183.3 | 660.1 |
| + Earned | 162.5 | 43.0 |
| - Taken | 159.3 | 0.0 |
| + Adjustments | 0.0 | 0.0 |
| **End Balance** | **186.6** | **703.1** |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000012782374 | Checking | XXXXXXX48 | 687.33 |
| **TOTAL:** | | | **687.33** |

**MESSAGE:**